# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

**USA v. Christopher R. Bernal** **Case No. 2:26-mj-00733-JAG-1**

**Initial Appearance on Complaint:** **11/16/2026**

☒ Pam Howard, Courtroom Deputy
☒ Araceli Mendoza, US Probation / Pretrial Services Officer
☒ Defendant present in custody USM
☒ Thomas Hanlon, US Atty
☒ Craig Webster, Defense Atty
☒ Interpreter **NOT REQUIRED**

---

☒ USA Motion for Detention
☐ USA not seeking detention
☒ Financial Affidavit (CJA 23) filed
☒ The Court will appoint the Federal Defenders
☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
☒ Supplemental PRE-Trial Services Report authorized
☒ Rights given
☒ Acknowledgment of Rights filed
☒ Defendant received copy of charging document
☐ Defendant waived reading of charging document
☐ Charging document read in open court
☐ POST Pre-Trial Services Report ordered

## REMARKS

The Defendant appeared and acknowledged to the Court that their true and correct name is as indicated on the Complaint.

Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**

1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

| **Detention Hrg:** | **Preliminary Hrg:** |
|---|---|
| **11/18/2026 @ 1:30 p.m. [Y/ACE]** | **11/30/2026 @ 1:30 p.m. [S/JAG]** |